NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN F. YONEK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7120

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3320, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' October 17, 2012 joint response,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) Stephen F. Yonek's brief is due December 3, 2012.

STEPHEN YONEK V. SHINSEKI                                      2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26